# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2023

## NO. 03-21-00258-CV

**Railroad Commission of Texas and Magnolia Oil & Gas Operating LLC, Appellants**

**v.**

**Elsie Opiela and Adrian Opiela, Jr., Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED IN PART, REVERSED IN PART AND REMANDED –
OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on May 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. We reverse the parts of the trial court's judgment in which it determined (1) that the Railroad Commission of Texas erred in concluding it has no authority to review whether an applicant seeking a well permit has authority under a lease or other relevant title documents to drill the Audioslave A 102H Well (the Well), and (2) that the Commission erred in failing to consider the pooling clause of the lease covered by the Well in deciding that Magnolia Oil & Gas Operating LLC has a good-faith claim to operate the Well. We affirm the parts of the trial court's judgment in which it determined that the Commission erred in finding that Magnolia showed a good-faith claim of right to drill the Well and that this cause should

be remanded.  We reverse the Commission's Order and remand this cause to the Commission for further proceedings.

It is further order that appellants pay half of the costs of this appeal and that appellees pay the remaining half of those costs.